# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| NANCY AKBARI-SHAHMIRZADI | ) | Case No. 11—15351-T7 |
| (SSN: #XXX-XX-3176) | ) | |
| | ) | |
| Debtor. | ) | |

## DEBTOR'S MOTION TO CONVERT CASE

**COMES NOW,** Debtor Nancy Akbari-Shahmirzadi ("Akbari"), by and through counsel of record Tal Young, P.C. (Steven Tal Young, Esq.) and The Law Offices of Ron Holmes (Ronald E. Homes, Esq.) and moves this Court for an order as follows:

1. Akbari requested relief pursuant to Chapter 7 of the United States Bankruptcy Code on December 14, 2011.

2. Akbari seeks to convert this case to a case under Chapter 11 pursuant to Bankruptcy Code § 706.

WHEREFORE, for the reasons stated, and for other good and valuable reasons presented at any hearing on this matter, Akbari moves this Court for an order converting this case and for such other further relief the Court deems just in the premises.

Respectfully Submitted,

**TAL YOUNG, P.C.**
**A Professional Corporation**

By: s/ submitted electronically
    STEVEN TAL YOUNG
    Attorney for Debtor
    20 First Plaza, N.W., Suite 500
    Albuquerque, NM 87102
    (505) 247-0007 telephone
    (505) 764-6099 (fax)

I HEREBY CERTIFY that on the 21st day of June, 2013, I filed the foregoing *electronically* through the CM/ECF system which caused the following Parties or counsel to be served by electronic means (or by other means), as more fully reflected on the Notice of Electronic Filing:

United States Trustee
c/o Alice Page, Esq.
P.O. Box 608
Albuquerque, NM 87103-0608

U.S. Trustee
PO Box 608
Albuquerque, NM 87103-0608

Moore, Berkson and Gandarilla, P.A.
George Moore, Esq.
Dan Behles, Esq.
Bonnie Basson Gandarilla, Esq.
Arin E. Berkson, Esq.
2800 Osuna Blvd., Ste. 2
Albuquerque, NM 87109

Philip J. Montoya, Esq.
Chapter 7 Trustee
3800 Osuna Rd., NE, Ste. 2
Albuquerque, NM 87109

William P. Gordon
2501 Yale Blvd. SE, Ste. 204
Albuquerque, NM 87106-4357


*s/ Steven Tal Young, Esq.*_____
**STEVEN TAL YOUNG**