Moore, Berkson & Gandarilla, P.C.
3800 Osuna Rd NE, Suite #2
Albuquerque, NM  87109

Invoice submitted to:
Philip J. Montoya
Chapter 7 Trustee
3800 Osuna Rd NE; STE #2
Albuquerque, NM 87109

October 09, 2013

In Reference To:   Special Counsel to the Chapter 7 Trustee
                   In re:  Nancy Akbari-Shahmirzadi; USBC #11-15351-t7

Invoice #13628

Professional Services

|  |  | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 7/6/2012 BBG | Preparation of pleadings<br>Preparation of Motion to Employ Special Counsel and verified statement<br>Asset Analysis and Recovery | | 0.30<br>225.00/hr | * | 67.50 |
| 8/1/2012 MV | Fee/Employment Applications<br>Fee and Employment Applications.; Draft Notice of DL for filing objections to the Trustee's Motion to Employ MBG Law as Special Counsel; Cal DL to receive obj. by mail; file notice with the court; serve notice to everyone on court supplied mailing matrix<br>Fee/Employment Applications | | 1.00<br>90.00/hr | * | 90.00 |
| 9/4/2012 BBG | Preparation of pleadings<br>Preparation of Order approving MBG employment<br>Fee/Employment Applications | | 0.20<br>225.00/hr | * | 45.00 |
| 11/13/2012 BBG | Preparation of pleadings<br>Preparation of Complaint for turnover and recovery of fraudulent or preferential transfers<br>Asset Analysis and Recovery | | 1.70<br>225.00/hr | * | 382.50 |
| 11/15/2012 BBG | Preparation of pleadings<br>Preparation of Complaint for turnover, recovery of fraudulent conveyances<br>Litigation | | 3.10<br>225.00/hr | * | 697.50 |
| 1/25/2013 BBG | Preparation of pleadings<br>Revised Complaint<br>Litigation | | 0.80<br>225.00/hr | * | 180.00 |
| 4/26/2013 BBG | Preparation of pleadings<br>Revised Complaint for turnover and to recover fraudulent transfers<br>Asset Analysis and Recovery | | 1.20<br>225.00/hr | * | 270.00 |

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 4/29/2013 | BBG | Preparation of pleadings<br>Revised Complaint<br>Asset Analysis and Recovery | 1.90<br>225.00/hr | * | 427.50 |
| 5/10/2013 | MV | Preparation of pleadings<br>Draft Certificate of Service to the Summons and Complaint;<br>Research Defendants addresses on the web; conf. w/BBG;<br>Serve Summons and complaint on each defendant; cal. DL to<br>receive a reply to the complaint; cal scheduling conf<br>Litigation | 3.00<br>90.00/hr | * | 270.00 |
| 6/25/2013 | BBG | Litigation<br>Reviewed Jacobvitz Joung decision re Motion to convert to 11<br>(.3), reviewed PJM Complaint (.2), Westlaw research re Motion<br>to convert (.4)<br>Asset Analysis and Recovery | 0.90<br>225.00/hr | * | 202.50 |
| 6/28/2013 | BBG | Preparation of pleadings<br>Preparation of Objection to Motion to Convert to Ch. 11<br>Litigation | 1.20<br>225.00/hr | * | 270.00 |
| 7/9/2013 | BBG | Preparation of pleadings<br>Revised Objection to Motion to convert<br>Asset Analysis and Recovery | 0.70<br>225.00/hr | * | 157.50 |
| 7/22/2013 | BBG | Review<br>Reviewed Response to Obj to Motion to Convert (.1) and<br>Proposed Chapter 11 Plan (.2)<br>Litigation | 0.30<br>225.00/hr | * | 67.50 |
|  | BBG | Meeting<br>Meeting w/ GMM re effect of Debtor waiver of 727 discharge<br>Litigation | 0.10<br>225.00/hr | * | 22.50 |
| 7/24/2013 | BBG | Court Appearance<br>Court Appearance by telephone at continued status conference<br>on adversary - Montoya v. Akbari, et. al.<br>Asset Analysis and Recovery | 0.20<br>225.00/hr | * | 45.00 |
| 8/29/2013 | BBG | Telephone call with opposing Attorn<br>Telephone call from Tal Young re Nancy is proposing to sell<br>property and pay creditors 100%.  He would like us to give him<br>a time frame for a sale that we think is reasonable.  He will<br>send me an e-mail to fup.<br>Asset Analysis and Recovery | 0.30<br>225.00/hr | * | 67.50 |
| 9/5/2013 | BBG | Review<br>Reviewed Debtor's proposed Chapter 11 Plan (.3) and Joung<br>opinion (.2)<br>Litigation | 0.50<br>225.00/hr | * | 112.50 |
|  | GMM | Conference with client<br>Conference with BBG re: debtor proposal for plan<br>Case Administration | 0.70<br>280.00/hr | * | 196.00 |
|  | BBG | Conference with client<br>Conference with GMM re: debtor proposal for plan<br>Case Administration | 0.70<br>225.00/hr | * | 157.50 |
|  | BBG | Conference with client<br>Conference with PJM re: debtor proposal for plan<br>Case Administration | 0.40<br>225.00/hr | * | 90.00 |

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/9/2013 | BBG | Preparation | 0.90 | * | 202.50 |
| | | Preparation of Exhibit List (.7) and Witness List (.2) for FH | 225.00/hr | | |
| | | Litigation | | | |
| | BBG | Preparation | 0.90 | * | 202.50 |
| | | Preparation of Exhibits for FH | 225.00/hr | | |
| | | Litigation | | | |
| 9/13/2013 | BBG | Preparation | 1.10 | * | 247.50 |
| | | Preparation for hearing on Debtor's Motion to convert | 225.00/hr | | |
| | | Litigation | | | |
| 9/19/2013 | BBG | Court Appearance | 3.30 | * | 742.50 |
| | | Court Appearance at FH on Debtor's Motion to Conver (2.9) and travel one-way from hearing (.4) | 225.00/hr | | |
| | | Litigation | | | |
| | GMM | Conference with client | 1.00 | * | 280.00 |
| | | Conference with BBG re: conduct of hearing on conversion, preparation of argument, points for settlement. | 280.00/hr | | |
| | | Case Administration | | | |
| 9/25/2013 | BBG | Legal Research | 0.50 | * | 112.50 |
| | | Legal Research re trustee commissions on conversion | 225.00/hr | | |
| | | Litigation | | | |
| 9/26/2013 | BBG | Review | 0.10 | * | 22.50 |
| | | Reviewed claims and totaled values of real properties | 225.00/hr | | |
| | | Litigation | | | |
| 9/27/2013 | BBG | Review | 0.50 | * | 112.50 |
| | | Reviewed claims, calculated interest on Estate of Jacoby claim, calculated Trustee commissions, reviewed cases on int rate and trustee commission | 225.00/hr | | |
| | | Litigation | | | |
| | BBG | Meeting | 0.30 | * | 67.50 |
| | | Meeting w/ PJM re discussed claims and commission and amount that would be reasonable for him to be paid in a Ch 11 | 225.00/hr | | |
| | | Litigation | | | |
| 10/1/2013 | BBG | Email | 0.10 | * | 22.50 |
| | | e-mail to Tal Young and Ron Holmes to schedule phone conference re hearing on Motion to Convert | 225.00/hr | | |
| | | Litigation | | | |
| 10/3/2013 | BBG | Telephone call with opposing Attorn | 0.10 | * | 22.50 |
| | | Recieved call from Tal Young.  He will send over a letter this afternoon after he has Ron and Nancy review it. | 225.00/hr | | |
| | | Litigation | | | |
| | GMM | Meeting | 0.80 | * | 224.00 |
| | | Meeting with PJM and BBG to outline requirements for conversion | 280.00/hr | | |
| | | Case Administration | | | |
| | BBG | Meeting | 0.80 | * | 180.00 |
| | | Meeting w/ PJM and GMM re settlement terms re Debtor's Motion to Convert | 225.00/hr | | |
| | | Litigation | | | |
| 10/4/2013 | BBG | Draft | 1.10 | * | 247.50 |
| | | Drafted letter to Tal Young re settlement terms re Debtor's Motion to Convert | 225.00/hr | | |
| | | Litigation | | | |

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/4/2013 | GMM | Review<br>Review complaint to recover, prepare Deeds to property for debtor to sign to estate.<br>Asset Analysis and Recovery | 1.90<br>280.00/hr | * | 532.00 |
| 10/7/2013 | BBG | Litigation<br>phone call from Tal re our letter of Oct 4, 2013. He thinks we are pretty close to resolving our objections. (.4). Discussed phone call from Tal w/ GMM (.1), Discussed phone call from Tal w/ PJM (.1), reviewed letter from Tal (.1) and drafted response (.2), drafted e-mails to Tal (.1)<br>Litigation | 1.00<br>225.00/hr | * | 225.00 |
|  | BBG | Telephone call with opposing Attorn<br>Telephone call from Tal Young re sending over a letter to address our concerns. Would like us to show how Estate of Jacoby claim was calculated<br>Litigation | 0.20<br>225.00/hr | * | 45.00 |
| 10/8/2013 | BBG | Court Appearance<br>Court Appearance at FH on Debtor's MTD (.6) and travel one-way to hearing (.6)<br>Litigation | 1.20<br>225.00/hr | * | 270.00 |
|  | BBG | Preparation of pleadings<br>Preparation of Fee Application (.4), preparation of Fee Order (.2)<br>Fee/Employment Applications | 0.60<br>225.00/hr | * | 135.00 |
| 10/9/2013 | MV | Fee/Employment Applications<br>Fee and Employment Applications.; Draft Notice of DL for filing objections to our first and final fee application; file notice with the court; cal. DL to receive obj by mail; serve notice to everyone on court supplied mailing matrix<br>Fee/Employment Applications | 1.00<br>90.00/hr | * | 90.00 |
|  | For professional services rendered |  | 36.60 |  | $7,802.00 |

Additional Charges :

| | | |
|---|---|---|
| 9/1/2012 | Postage for the month of August, 2012 | 27.00 |
|  | Copying cost for the month of August, 2012 | 13.00 |
| 6/3/2013 | Postage for the month of May, 2013 | 8.60 |
|  | Copying cost for the month of May, 2013 | 10.50 |
| 10/9/2013 | Postage for the month of October, 2013 | 27.60 |
|  | Copying cost for the month of October, 2013 | 12.00 |
|  | Total costs | $98.70 |
|  | NM GRT 7.0% | $548.63 |

| | Amount |
|---|---|
| Total amount of this bill | $8,449.33 |
| Balance due | $8,449.33 |

Moore, Berkson & Gandarilla, P.C.
3800 Osuna Rd NE, Suite #2
Albuquerque, NM  87109

Invoice submitted to:
Philip J. Montoya
Chapter 7 Trustee
3800 Osuna Rd NE; STE #2
Albuquerque, NM 87109

December 02, 2013

In Reference To:   Special Counsel to the Chapter 7 Trustee
                   In re:  Nancy Akbari-Shahmirzadi; USBC #11-15351-t7

Invoice #13665

Professional Services

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/9/2013 | BBG | Fee/Employment Applications<br>Fee and Employment Applications.  Reviewed invoice (.1) and revised Fee App (.1)<br>Fee/Employment Applications | 0.20<br>225.00/hr | * | 45.00 |
|  | GMM | Conference with client<br>Conference with BBG re: provisions and timing of conversion order.<br>Case Administration | 0.30<br>280.00/hr | * | 84.00 |
| 10/16/2013 | BBG | Telephone call with opposing Attorn<br>phone call to Tal Young re Stip Order converting case to Ch 11<br>Litigation | 0.10<br>225.00/hr | * | 22.50 |
| 10/17/2013 | GMM | Preparation of pleadings<br>Preparation of pleadings, draft order on motion to convert, and order converting case.  Conf BBG re: same, and procedure, Research waiver of discharge forms.<br>Case Administration | 2.40<br>280.00/hr | * | 672.00 |
|  | BBG | Preparation of pleadings<br>Revised Stip Order on Motion to Convert<br>Litigation | 0.20<br>225.00/hr | * | 45.00 |
|  | BBG | Preparation of pleadings<br>Revised Stipulated Order Converting Case to Chapter 11 (.2) and e-mail to Tal re same (.1)<br>Litigation | 0.30<br>225.00/hr | * | 67.50 |
| 10/18/2013 | BBG | Telephone call with opposing Attorn<br>Telephone call from Tal - he has received the docs that we sent him and wants to remind me that Nancy just had surgery.<br>Litigation | 0.10<br>225.00/hr | * | 22.50 |

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/24/2013 | BBG | Email<br>e-mail to tal re status of orders on conversion and waiver of discharge<br>Litigation | 0.10<br>225.00/hr | * | 22.50 |
| 11/4/2013 | BBG | Email<br>e-mail to Tal re need approval on Order regarding Motion to Convert<br>Litigation | 0.10<br>225.00/hr | * | 22.50 |
| 11/5/2013 | GMM | Review<br>Review UST form of waiver of discharge, email to BBG re: chapter eleven waiver form<br>Case Administration | 0.30<br>280.00/hr | * | 84.00 |
| 11/6/2013 | BBG | Review<br>Reviewed GMM's e-mail to Tal Young re Orders on Motion to Convert<br>Litigation | 0.10<br>225.00/hr | * | 22.50 |
| | GMM | Email<br>review T Young proposed revisions.  Email to TY, revise order<br>Case Administration | 0.50<br>280.00/hr | * | 140.00 |
| 11/8/2013 | BBG | Phone to<br>Phone call to Judge Thuma's Chambers re problems with Exhibit to Order<br>Litigation | 0.10<br>225.00/hr | * | 22.50 |
| | BBG | Preparation of pleadings<br>Revised Order Converting case per Judge Thuma (.1) and e-mail to Tal re same (.1)<br>Litigation | 0.20<br>225.00/hr | * | 45.00 |

| | Hrs | Amount |
|---|---|---|
| For professional services rendered | 5.00 | $1,317.50 |
| NM GRT 7.0% | | $92.23 |
| Total amount of this bill | | $1,409.73 |
| Previous balance | | $8,449.33 |
| Balance due | | $9,859.06 |